IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS SCHANZ, ET AL.          :      CIVIL ACTION

    V.                             :      NO. 02-3250

ALLSTATE INSURANCE COMPANY     :

O R D E R

**AND NOW**, this 8th day of July, 2002, because of the court holiday on January 13, 2003, **IT IS ORDERED** that the trial is **CONTINUED** until **January 14, 2003 at 10:00 a.m. in Courtroom 14-B, United States Courthouse, 601 Market Street, Philadelphia, PA 19106**.

                                              William H. Yohn, Jr., Judge