IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS SCHANZ, ET AL.         :     CIVIL ACTION

      V.                      :     NO. 02-3250

ALLSTATE INSURANCE COMPANY    :

O R D E R

**AND NOW**, this 13th day of November, 2002, upon consideration of defendant's motion to compel answers to interrogatories and the defendant having advised the court that the motion is now moot, **IT IS ORDERED** that the motion is **DISMISSED** by agreement.

_____
William H. Yohn, Jr., Judge