IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS SCHANZ, <u>ET</u> <u>AL</u>.          :     CIVIL ACTION

    V.                          :     NO. 02-3250

ALLSTATE INSURANCE COMPANY       :

<u>O R D E R</u>

**AND NOW**, this 31st day of December, 2002, upon consideration of defendant's motion to compel complete interrogatory responses and plaintiffs' response thereto, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and:

    1. Plaintiffs shall file full and complete responses to interrogatories number 4 and 7 of defendant's first set of interrogatories within fourteen days of the date hereof.

    2. Plaintiffs shall pay to defendant the reasonable expenses incurred in filing the motion to compel complete interrogatory responses (Document No. 23) including attorneys' fees within twenty days of the date hereof.

    3. The trial of this action is **CONTINUED** until **<u>May 5, 2003 at 10:00 a.m.</u>** in order to give the defendant sufficient time to conduct the appropriate discovery with reference to plaintiffs' expert witness and/or develop its own rebuttal expert testimony necessitated by plaintiffs' inadequate responses to defendant's interrogatories.

                                        William H. Yohn, Jr., Judge